# UNITED STATES DISTRICT COURT
for the

_Alaska_ District of _Anchorage_

_____ Division

RECEIVED
SEP 10 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Tamisha Lewis-Junge
  Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Hiland Mountain Correctional Center
  Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:25CV-00201-SLG
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Tamisha Lewis-Junge
- Address: 3748 Aldren Circle Anchorage
- City / State / Zip Code:
- County: U.S.A
- Telephone Number: 907-615-0060
- E-Mail Address: lewisjunge.tamisha@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Hiland Mountain Correctional Center
- Job or Title (if known): Anchorage Jail
- Address: 9101 Hesterberg Rr
- City: Eagle River  State: AK  Zip Code: 99577
- County: U.S.A
- Telephone Number: 907-694-9511
- E-Mail Address (if known):
- ☐ Individual capacity  ☐ Official capacity

**Defendant No. 2**
- Name: Officer Chapman
- Job or Title (if known):
- Address:
- City / State / Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):
- ☐ Individual capacity  ☐ Official capacity

Defendant No. 3
Name: Officer Ericsson
Job or Title (if known):
Address:

City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity  ☐ Official capacity

Defendant No. 4
Name: Officer Alexander
Job or Title (if known):
Address:

City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

18 U.S code § 1203

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Being stalked with technology, harrass, with technology, false claim, prejudiced by false claim.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

31 U.S.C §§ 3729-3733, § 11.41.500 malpractice + injurys robbed by police, then they begged for ransom Horrible jail conditions

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? I was kidnapped by someone using technology, (Hpnosis, nano, como, Deep fake audio equiment) this person told me he was going to frame me if I didnt marry him then showed me what he was going to do with nano, I said no so he kidnapped me

B. What date and approximate time did the events giving rise to your claim(s) occur?

West High school, 2015

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was kidnapped on a delusional police case investagation. He begs for ransom, food, and a wedding. He made a plan up to check out technology from the military base to stalk and harrass. Hides in my house watching me and begs. If I don't do what he says he falsely arrest me, if I report him he gets mad with technology and arrest me.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

He has raped me, even by using technology to have my vagina fart and booty. He make me have bruses by hiding around me. He has cause delusional things with random people to attack me. He has held me hostage before to be in the cold and woods for money and a wedding. He has stolen belongs and money, plus my daughter. They hid in my cell and had me throw poop around, then forcefully wanted me to spit on a officer

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want my daughter back and $20,000,000 for the delusional things he dose and begs for with stolen technology.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/10/2025

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Tamisha Lewis-Jonge

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
         City / State / Zip Code
Telephone Number _____
E-mail Address _____
.